# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| REBECCA HARE,<br>*Plaintiff*<br>v.<br>H.H. GREG APPLIANCES,<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:14-CV-0070-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Complaint (ECF No. 4) is DISMISSED without prejudice. Pursuant to 28 U.S.C. 1915(a)(3), the Court certifys that any appeal would not be taken in good faith and would lack any arguable basis in law or fact. Plaintiff's in forma pauperis status is REVOKED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on an order to show cause (ECF No. 5).

Date:  May 8, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen